**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| In re | ) ) ) ) | |
| FRANK DOTA, | ) ) ) | Chapter 13 Case No. 22-40434-EDK |
| Debtor | ) ) ) ) | |

**MOTION OF CHAPTER 13 TRUSTEE**
**FOR ORDER DISMISSING CASE**
**NOTICE OF BAR DATE OBJECTIONS/RESPONSES**

Now comes the Chapter 13 trustee (the "Trustee") and respectfully moves that this court enter an Order dismissing this case and in support thereof states as follows:

1. On or about June 9, 2022, the above-captioned debtor (the "Debtor") filed a petition for relief under Chapter 13 of the United States Bankruptcy Code.

2. The Debtor passed away on October 12, 2022.

3. The case expired with an amount necessary to pay off the Plan of $366,663.00. [1] Failure to make timely payments to the Trustee is a material default by the Debtor with respect to

a term of the proposed plan and is grounds for dismissal pursuant to 11 U.S.C. §1307( c)(6).

4. **Notice is given that any responses and/or objections to this motion are to be filed within twenty-one (21) days of the date hereof. If no timely objections/responses are filed, the Court may act on this motion without further notice or hearing as provided by 11 U.S.C.§102(1)(B).**

---

[1] On or about November 10, 2022, twenty eight (28) days after the Debtor's date of death, an amended plan was filed. The amended plan provides for a lump sum payment of $366,663.00.

WHEREFORE, the Trustee respectfully requests that this Court enter an Order dismissing this case.

Respectfully submitted,
Standing Chapter 13 Trustee

Dated: April 19, 2023

/s/ Joanne Psilos
David A. Mawhinney, Trustee BBO #681737
Joanne Zoto Psilos, Staff Attorney BBO #556997
P.O. Box 964
Worcester, MA 01613
(508) 791-3300
davidmawhinney@ch13worc.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re <br><br> FRANK DOTA, <br><br> Debtor | ) ) ) ) ) Chapter 13 <br> ) Case No. 22-40434-EDK ) ) ) ) |

CERTIFICATE OF SERVICE

I, Joanne Zoto Psilos, Staff Attorney do hereby certify that a true and accurate copy of the attached Motion was served on the following parties on this date via first class mail, postage prepaid and/or electronically:

Dated: April 19, 2023        /s/ Joanne Psilos
David A. Mawhinney, Trustee BBO #681737
Joanne Zoto Psilos, Staff Attorney BBO #556997
P.O. Box 964
Worcester, MA 01613
(508) 791-3300
davidmawhinney@ch13worc.com


SERVICE LIST

PATRICK L. MEAD, ESQUIRE
160 OLD DERBY STREET
HINGHAM, MA 02043

FRANK DOTA
22 LAKESHORE DRIVE NORTH
WESTFORD, MA 01886

ARIELLE HOWE, ESQUIRE
HOWE LEGAL, LLC
491 DUTTON STREET, SUITE 206
LOWELL, MA 01854

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| In re<br><br>    FRANK DOTA,<br><br>                Debtor | )<br>)<br>)<br>)<br>)   Chapter 13<br>)   Case No. 22-40434-EDK<br>)<br>)<br>) |

## **ORDER DISMISSING CASE**

The Motion of the Chapter 13 Trustee for Order dismissing case having come before this Court, no objections having been filed, notice and an opportunity for a hearing having been given, and for cause shown, it is hereby:

ORDERED; that this Chapter 13 case is dismissed.

                                                                     U.S. Bankruptcy Judge

Dated:_____