UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re: Frank Dota

CASE#22-40434
CHAPTER 13

<u>Response</u>

Now comes the Debtor's estate via Attorney Howe, special representative, in the above-referenced case and does respond by stating that the Plan filed with a 1 month term was filed with a clerical error. The term was supposed to be for "12" months.

WHEREFORE, the Debtor prays for this Honorable Court to DENY the motion to dismiss, and allow the Debtor to file an amended Plan, or grant other relief mete and just.

Respectfully submitted this 15th day of May, 2023.

Frank Dota
By his attorney,

/s/ Patrick L. Mead
Patrick L. Mead, BBO#665510
Law Offices of Patrick L. Mead
160 Old Derby Street, Suite 107
Hingham, MA 02043
Tel: 781-850-2040

**Certificate of Service**

I, Patrick Mead, did cause, on the above-listed date, an accurate copy of the above Response to be delivered via first class mail and/or the ECF system to:

Chapter 13 TRUSTEE (ECF)

/s/ Patrick L. Mead
Patrick L. Mead, BBO#665510
Law Offices of Patrick L. Mead
160 Old Derby Street, Suite 107
Hingham, MA 02043