# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re<br><br>    FRANK DOTA,<br>                     Debtor | )<br>)<br>)<br>)  Chapter 13<br>)  Case No. 22-40434-EDK<br>)<br>) |

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the Notice of Hearing on the Chapter 13 Trustee's Motion for Order Dismissing Case was sent to the Debtor, Debtor's counsel of record, and those parties who filed an appearance by first class mail, postage prepaid and/or electronically.

Dated: May 30, 2023

/s/ David A. Mawhinney
David A. Mawhinney, BBO #681737
Joanne Zoto Psilos, BBO # 556997
P.O. Box 964
Worcester, MA 01613
(508) 791-3300
davidmawhinney@ch13worc.com

## SERVICE LIST

PATRICK L. MEAD, ESQ.
160 OLD DERBY STREET, SUITE 109
HINGHAM, MA 02043

FRANK DOTA
22 LAKE SHORE DRIVE NORTH
WESTFORD, MA 01886

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re: Frank Dota,
Debtor

Chapter: 13
Case No: 22-40434
Judge Elizabeth D. Katz

## NOTICE OF TELEPHONIC NONEVIDENTIARY HEARING

**PLEASE TAKE NOTICE** that a **HEARING** will be held on **6/21/23 at 10:00 AM** before the Honorable Judge Elizabeth D. Katz, the hearing will be held TELEPHONICALLY to consider the following:

[72] Chapter 13 Trustee's Motion for Order Dismissing Case

THIS HEARING WILL BE CONDUCTED TELEPHONICALLY. PARTIES MAY PARTICIPATE BY DIALING 888-363-4734, AND ENTERING ACCESS CODE 496 4809 WHEN PROMPTED.

### OBJECTION/RESPONSE DEADLINE:

If no deadline is set, the objection/response deadline shall be governed by the Federal Rules of Bankruptcy Procedure (FRBP) and the Massachusetts Local Bankruptcy Rules (MLBR). If no objection/response is timely filed, the Court, in its discretion, may cancel the hearing and rule on the motion without a hearing or further notice. See MLBR 9013-1(f).

### THE MOVING PARTY IS RESPONSIBLE FOR:

1. Serving a copy of this notice upon all parties entitled to notice within two (2) business days; and
2. Filing a certificate of service with respect to this notice seven (7) days after the date of issuance set forth below. If the hearing date is fewer than seven (7) days from the date of issuance, the certificate of service must be filed no later than the time of the hearing. **If the movant fails to timely file a certificate of service, the court may deny the motion without a hearing.**

### NOTICE TO ALL PARTIES SERVED:

1. **Your rights may be affected.** You should read this notice, the above referenced pleading and any related documents carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.
2. Any request for a continuance **MUST** be made by **WRITTEN MOTION** filed and served at least one (1) business day prior to the hearing date. See MLBR 5071-1.
3. The above hearing shall be nonevidentiary. If, in the course of the nonevidentiary hearing, the court determines the existence of a disputed and material issue of fact, the court will schedule an evidentiary hearing. If this is a hearing under section 362, it will be a consolidated preliminary and final nonevidentiary hearing unless at the conclusion thereof the court schedules an evidentiary hearing.

Date:5/30/23

By the Court,

Stephen Reynolds
Deputy Clerk
413-785-6909