UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re: Frank Dota

CASE#22-40434
CHAPTER 13

## Motion to Amend Plan

Now comes the Debtor in the above-referenced case and request this Honorable Court for permission to file a THIRD amended Chapter 13 Plan. As grounds stated:

1. **By way of Clerical Error, Box 1.1 was checked by mistake (In the Second Amended Plan; Also note this was mislabeled on the Docket as a "third" when in fact it was the second amended Plan) thereby creating an Order from the Court to serve an officer of Shellpoint;**

WHEREFORE, the Debtor prays for this Honorable Court to allow this motion, or grant other relief mete and just.

Respectfully submitted this 10th day of November, 2022.

Frank Dota
By his attorney,

/s/ Patrick L. Mead
Patrick L. Mead, BBO#665510
Law Offices of Patrick L. Mead
160 Old Derby Street, Suite 107
Hingham, MA 02043
Tel: 781-850-2040

6/21/2023  MOOT. SEE FURTHER AMENDED CHAPTER 13 PLAN AND MOTION TO AMEND FILED JUNE 20, 2023.